# Exhibit 1

## Plaintiff's Copyrighted Works

|     | Copyright Registration Number |
| --- | --- |
| 1.  | VAu001138755 |
| 2.  | VAu001146596 |
| 3.  | VAu001152473 |