Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
mwilliams@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street
Suite 903
Los Angeles, CA  90014
Tel. (213) 232-5160
Fax (213) 232-5167

Attorneys for Defendant,
DAVID K. ELAM. II

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE,<br><br>                        Plaintiff,<br><br>                        v.<br><br>DAVID K. ELAM, II,<br><br>                        Defendant. | Case No. CV 2:14-CV-9788<br><br>**DEFENDANT DAVID K. ELAM, II'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT;**<br><br>**DEMAND FOR JURY TRIAL** |

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

Defendant David K. Elam, II ("Defendant") hereby answers the First Amended Complaint ("FAC") filed in this action on February 12, 2105, by Plaintiff Jane Doe ("Plaintiff") as follows:[1]

1.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 1 of the FAC.

2.     Paragraph 2 of the FAC alleges that Plaintiff is seeking civil relief in this action.  Defendant admits that Plaintiff is seeking such relief.

3.     Paragraph 3 of the FAC alleges that that this Court has subject matter jurisdiction in this action.  Defendant does not contest subject matter jurisdiction at this time, but reserves all rights.

4.     As to the allegations in Paragraph 4 of the FAC that Plaintiff has suffered harm, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 4 of the FAC.

5.     As to the allegations in Paragraph 5 of the FAC that Plaintiff has suffered harm, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 5 of the FAC.

---

[1]  Based on the advice of legal counsel, Defendant has respectfully asserted his privilege under the Fifth Amendment to the United States Constitution and declined to respond to allegations contained in the FAC.  Defendant reserves his rights to withdraw or modify his assertion of the Fifth Amendment privilege in this action.  Defendant further reserves his rights to assert or not assert the Fifth Amendment privilege in any other proceeding.

6.      Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 6 of the FAC.

7.      Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 7 of the FAC.

8.      Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 8 of the FAC.

9.      Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 9 of the FAC.

10.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 10 of the FAC.

11.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 11 of the FAC.

12.     As to the allegations in Paragraph 12 of the FAC that Plaintiff received certain messages, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 12 of the FAC.

13.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 13 of the FAC.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

14. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 14 of the FAC.

15. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 15 of the FAC.

16. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 16 of the FAC.

17. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 17 of the FAC.

18. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 18 of the FAC.

19. As to the allegations in Paragraph 19 of the FAC that Plaintiff was and is the registered holder of any copyrights, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 19 of the FAC.

20. As to the allegations in Paragraph 20 of the FAC that Plaintiff does not and has never had a profile on Adultspace.com, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 20 of the FAC.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

21.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 21 of the FAC.

22.     As to the allegations in Paragraph 22 of the FAC that Plaintiff was and is the registered holder of any copyrights, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations. Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 22 of the FAC.

23.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 23 of the FAC.

24.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 of the FAC and on that basis denies the allegations.

25.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 25 of the FAC.

26.     As to the allegations in Paragraph 26 of the FAC that Plaintiff has suffered harm and continually feared for her physical safety, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 26 of the FAC.

27.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 26 of the FAC.

28.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 of the FAC and on that basis denies the allegations.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

29.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29 of the FAC and on that basis denies the allegations.

30.     Paragraph 30 of the FAC argues legal conclusions that do not require a response.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the factual allegations contained in Paragraph 30 of the FAC.

31.     As to the allegations in Paragraph 31 of the FAC about when any alleged works of authorship were registered with the Copyright Office, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 31 of the FAC.

32.     Paragraph 32 of the FAC argues legal conclusions that do not require a response.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the factual allegations contained in Paragraph 32 of the FAC.

33.     Paragraph 33 of the FAC argues legal conclusions and damages that do not require a response.

34.     Paragraph 34 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 34 of the FAC that Plaintiff has suffered injury and harm, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 34 of the FAC.

35.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 34 of the FAC.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

36.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-13 and 20-21 of the FAC.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 36 of the FAC.

37.     As to the allegations in Paragraph 37 of the FAC about what others believed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 37 of the FAC.

38.     Paragraph 38 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 34 of the FAC that Plaintiff has suffered injury and harm, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 38 of the FAC.

39.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 38 of the FAC.

40.     As to the allegations in Paragraph 40 of the FAC about Plaintiff's considerations and conduct, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 40 of the FAC.

41.     As to the allegations in Paragraph 41 of the FAC about Plaintiff's understandings, Defendant lacks knowledge or information sufficient to form a belief about

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 41 of the FAC.

42.   Paragraph 42 of the FAC argues legal conclusions that do not require a response.

43.   Paragraph 43 of the FAC argues legal conclusions that do not require a response.  Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-16 and 19-24 of the FAC.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 43 of the FAC.

44.   Paragraph 44 of the FAC argues legal conclusions that do not require a response.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the factual allegations contained in Paragraph 44 of the FAC.

45.   Paragraph 45 of the FAC argues legal conclusions that do not require a response.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the factual allegations contained in Paragraph 45 of the FAC.

46.   As to the allegations in Paragraph 46 of the FAC that Plaintiff has suffered harm, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 46 of the FAC.

47.   Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 46 of the FAC.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

48.     Paragraph 48 of the FAC argues legal conclusions that do not require a response.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the factual allegations contained in Paragraph 48 of the FAC.

49.     Paragraph 43 of the FAC argues legal conclusions and damages that do not require a response.  Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-16 and 19-26 of the FAC.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 49 of the FAC.

50.     Paragraph 50 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 50 of the FAC that Plaintiff has suffered emotional distress, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 50 of the FAC.

51.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 50 of the FAC.

52.     Paragraph 52 of the FAC argues legal conclusions that do not require a response.

53.     Paragraph 53 of the FAC argues legal conclusions that do not require a response.  Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-16 and 19-26 of the FAC.

54.     Paragraph 54 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 54 of the FAC that Plaintiff was injured, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 54 of the FAC.

55.     Paragraph 55 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 55 of the FAC that Plaintiff was injured, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 55 of the FAC.

56.     Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 55 of the FAC.

57.     Paragraph 57 of the FAC argues legal conclusions that do not require a response.

58.     Paragraph 58 of the FAC argues legal conclusions that do not require a response.  Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-16 and 19-26 of the FAC.

59.     Paragraph 59 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 59 of the FAC that Plaintiff suffered emotional distress, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 59 of the FAC.

60.     Paragraph 60 of the FAC argues legal conclusions and damages that do not require a response.  As to the allegations in Paragraph 60 of the FAC that Plaintiff was injured, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 60 of the FAC.

61.    Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 1 through 60 of the FAC.

62.    Paragraph 62 of the FAC argues legal conclusions that do not require a response.  Defendant re-alleges and incorporates by reference his above answers to the allegations in Paragraphs 10-16 and 19-26 of the FAC.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining factual allegations contained in Paragraph 62 of the FAC.

63.    As to the allegations in Paragraph 63 of the FAC that Plaintiff reasonably feared for her physical safety, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 63 of the FAC.

64.    As to the allegations in Paragraph 64 of the FAC that Plaintiff reasonably suffered emotional distress, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the remaining allegations contained in Paragraph 64 of the FAC.

65.    As to the allegations in Paragraph 65 of the FAC that Plaintiff was injured, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations and on that basis denies the allegations.  Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

Constitution and declines to respond to the remaining allegations contained in Paragraph 65 of the FAC.

66.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 66 of the FAC.

67.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 67 of the FAC.

68.     Based on the advice of legal counsel, Defendant respectfully asserts his privilege under the Fifth Amendment to the United States Constitution and declines to respond to the allegations contained in Paragraph 68 of the FAC.

## DEFENSES

Without admitting that he carries the burden of proof as to any of the issues listed below, Defendant alleges the following separate and independent defenses, and reserves the right to amend this pleading to allege additional defenses as they become known through the course of discovery.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.     Some or all of the causes of action in the FAC fail to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE
### (Waiver, Estoppel, Acquiescence, License)

2.     The FAC is barred in whole or in part by the doctrines of waiver, estoppel, acquiescence, and license.

### THIRD AFFIRMATIVE DEFENSE
### (Statute of Limitations and Laches)

3.     Defendant alleges that Plaintiff's causes of action are barred by the doctrine of laches and/or by the applicable statutes of limitations.

11

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

## FOURTH AFFIRMATIVE DEFENSE

### (Acts/Omissions of Others)

4.    The wrongdoing alleged in the FAC, and resulting damages, if any, were fully or partially caused by the acts or omissions of persons other than Defendant.

## FIFTH AFFIRMATIVE DEFENSE

### (No Injury)

5.    The FAC, and each and every purported cause of action contained therein, is barred in whole or in part because Plaintiff did not suffer any damages, or, in the alternative, suffered negligible damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Offset)

6.    To the extent that Defendant is liable for any sum arising out of the allegations in the FAC, said sum must be reduced by the amount of damages Plaintiff caused Defendant.

## SEVETH AFFIRMATIVE DEFENSE

### (Speculative Damages)

7.    Plaintiff's damages, if any, are speculative and uncertain and, therefore, are not compensable.

## EIGHTH AFFIRMATIVE DEFENSE

### (Assumption of the Risk)

8.    The FAC is barred in whole or in part by the assumption of the risk doctrine.

## NINTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

9.    The FAC is barred in whole or in part by Plaintiff's contributory negligence.

## TENTH AFFIRMATIVE DEFENSE

### (Fair Use)

10.   The FAC is barred in whole or in part under 17 U.S.C. § 107.

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Reservation of Defenses and Right to Amend)**

11.　　Defendant has insufficient knowledge or information upon which to form a belief as to whether additional defenses are available.  Defendant reserves the right to raise such additional defenses upon receiving more complete information regarding the matters alleged in the FAC, through discovery or otherwise.

<u>**PRAYER**</u>

WHEREFORE, Defendant prays that:

1.　　Plaintiff takes nothing by reason of its FAC;

2.　　Plaintiff's FAC be dismissed with prejudice;

3.　　Defendant be awarded his attorney's fees and costs; and

3.　　Defendant be awarded such further relief as the Court deems just and proper.

Dated:  May 22, 2015　　　　　**DORDI WILLIAMS COHEN, LLP**

By: <u>/S/ Marc S. Williams</u>
　　Reuven L. Cohen, Esq.
　　Marc S. Williams, Esq.
　　Attorneys for Defendant,
　　DAVID K. ELAM, II

---

13

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2          Defendant, David K. Elam, hereby demands trial by jury of all issues so triable under

3     the law.

4

5     Dated:  May 22, 2015                    **DORDI WILLIAMS COHEN, LLP**

6

7                                        By: /S/ Marc S. Williams
                                              Reuven L. Cohen, Esq.
8                                             Marc S. Williams, Esq.
                                              Attorneys for Defendant,
9                                             DAVID K. ELAM, II

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID K. ELAM, II'S ANSWER TO FIRST AMENDED COMPLAINT