Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
mwilliams@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street
Suite 903
Los Angeles, CA  90014
Tel. (213) 232-5160
Fax (213) 232-5167

Attorneys for Defendant,
DAVID K. ELAM. II

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>DAVID K. ELAM, II,<br><br>        Defendant. | Case No. CV 14-9788-PSG (MANx)<br><br>**DEFENDANT DAVID K. ELAM, II'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

The undersigned, counsel of record for Defendant David K. Elam, II, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| David K. Elam, II | Defendant |
|---|---|
| Jane Doe | Plaintiff |

Dated: May 22, 2015            **DORDI WILLIAMS COHEN, LLP**

By: */S/ Marc S. Williams*
    Reuven L. Cohen, Esq.
    Marc S. Williams, Esq.
    Attorneys for Defendant,
    EDWARD WISHNER

---

DEFENDANT DAVID K. ELAM, II'S NOTICE OF INTERESTED PARTIES