Seth A. Gold (SBN 163220)
seth.gold@klgates.com
Cassandra Jones (SBN 270845)
cassandra.jones@klgates.com
Akhil Sheth (SBN 294721)
akhil.sheth@klgates.com

K&L Gates LLP (Cyber Civil Rights Legal Project)
10100 Santa Monica Blvd.
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe**<br><br>                    Plaintiff,<br><br>vs.<br><br>**David K. Elam II,**<br><br>                    Defendant. | Case No. CV 14-9788 PSG (MANx)<br><br>**Reply In Support Of Plaintiff's Motion for Order Permitting Plaintiff to Proceed under a Pseudonym and Protective Order**<br><br>Hon. Philip S. Gutierrez<br><br>Date:       July 13, 2015<br>Time:       1:30 p.m.<br>Location:  Courtroom 880 |

**REPLY IN SUPPORT OF MOTION FOR ORDER PERMITTING PLAINTIFF
TO PROCEED UNDER A PSEUDONYM AND PROTECTIVE ORDER**

## REPLY MEMORANDUM OF POINTS AND AUTHORITIES

Defendant David K. Elam II ("Defendant") has not filed an opposition brief in response to the Motion for an Order Permitting Plaintiff to Proceed under a Pseudonym and Protective Order filed by Plaintiff Jane Doe ("Plaintiff"), ECF No. 28. Under 9th Circuit precedent and the Central District of California's Local Rules, this underlines Defendant's consent to the relief sought by Plaintiff through the Motion. *See United States v. Warren*, 601 F.2d 471, 473–74 (9th Cir. 1979); L.R. 7-12.  For this reason and all of the reasons set forth in the Motion, Plaintiff respectfully requests that the Court grant the Motion and issue the order sought therein.

Given the foregoing, this Court should grant Plaintiff's Motion in its entirety.

Dated:  June 29, 2015          By: /s/ Akhil Sheth
                                   Seth A. Gold
                                   Cassandra Jones
                                   Akhil Sheth
                                   K&L Gates LLP (Cyber Civil Rights Legal Project)

                                   *Attorneys for Plaintiff Jane Doe*

1