1  Seth Gold (SBN 163220)
   seth.gold@klgates.com
2  Cassandra Jones (SBN 270845)
   cassandra.jones@klgates.com
3  Akhil Sheth (SBN 294721)
   akhil.sheth@klgates.com
4
5  K&L Gates LLP (Cyber Civil Rights
   Legal Project)
6  10100 Santa Monica Blvd.
   Seventh Floor
7  Los Angeles, CA 90067
   T: (310) 552-5000
8  F: (310) 552-5001

9  Attorneys for Plaintiff Jane Doe

10
11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe** | Case No. CV 14-9788 PSG (MANx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RESCHEDULING PLAINTIFF'S DEPOSITION; [PROPOSED] ORDER** |
| vs. | |
| **David K. Elam II,** | |
| Defendant. | **DISCOVERY MATTER** |
| | Assigned to the Honorable Margaret A. Nagle |
| | Date: October 6, 2015<br>Time: 10:00 a.m.<br>Courtroom: 580 |
| | Discovery Cutoff: March 23, 2016<br>Pretrial Conference: July 11, 2016<br>Trial Date: July 26, 2016 |

---

**PLAINTIFF'S NOTIC E OF MOTION AND MOTION FOR PROTECTIVE ORDER RESCHEDULING PLAINTIFF'S DEPOSITION**

TO THE COURT, DEFENDANT, AND HIS ATTORNEY OF RECORD:

Please take notice that on October 6, 2015 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 580 of the above-captioned Court, located at 255 East Temple Street, Los Angeles, California, 90012, Plaintiff Jane Doe ("Jane") will and hereby does move the Court to order that her deposition not take place until after the trial of Defendant David K. Elam, II ("Elam") in the parallel criminal matter, *United States v. Elam*, Case No. CR 14-368 MMM, on a date mutually convenient for the parties.

This Motion is made following the conference of counsel for the parties pursuant to Local Rule 37-1.  The parties were unable to resolve their dispute.

This Motion is based upon this Notice, the Joint Stipulation Regarding Plaintiff's Motion for Protective Order Rescheduling Plaintiff's Deposition, the supporting Declaration of Akhil Sheth and accompanying exhibits, the concurrently filed Request for Judicial Notice, and such other and further matters as the Court may deem just and proper to consider in connection with this Motion.

Dated: September 15, 2015        By:  /s/ Akhil Sheth

                                            Seth Gold
                                            Cassandra Jones
                                            Akhil Sheth
                                            K&L Gates LLP (Cyber Civil Rights Legal Project)

*Attorneys for Plaintiff Jane Doe*