Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
mwilliams@dordiwilliamscohen.com
Charles J. Snyder (Bar No. 287246)
mwilliams@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile:  (213) 232-5167

Attorneys for Defendant,
David K. Elam, II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>     Plaintiff,<br><br>v.<br><br>DAVID K. ELAM, II,<br><br>     Defendant. | Case No. 2:14-CV-9788-PSG-SS<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID K. ELAM, II**<br><br>Hearing: August 8, 2016<br>Time: 1:30 p.m.<br>Place: CR 880 (Roybal)<br>Judge: Hon. Philip S. Gutierrez |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2016, at 1:30 p.m., in Courtroom 880 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, Marc S. Williams, Reuven L. Cohen, Charles J. Snyder, and Dordi Williams Cohen, LLP, (collectively "DWC") will and hereby do move this Court for an order under L.R. 83-2.3.2, permitting their withdrawal as counsel for Defendant David K. Elam, II, an individual, based on Mr. Elam's failure to pay DWC's fees and his failure to communicate with DWC.

This motion is based on the concurrently-filed Memorandum of Points and Authorities and Declaration of Marc S. Williams, as well as the pleadings and papers on file in this action and any and all documents properly before this Court at the time of the hearing.

Dated:  June 15, 2016                **DORDI WILLIAMS COHEN, LLP**

By: */s/ Marc S. Williams*
    Marc S. Williams
    Reuven L. Cohen
    Charles J. Snyder
    Attorneys for Defendant,
    David K. Elam, II