Reuven L. Cohen (Bar No. 231915)
rcohen@dordiwilliamscohen.com
Marc S. Williams (Bar No. 198913)
mwilliams@dordiwilliamscohen.com
Charles J. Snyder (Bar No. 287246)
mwilliams@dordiwilliamscohen.com
**DORDI WILLIAMS COHEN, LLP**
724 South Spring Street, Suite 903
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Defendant,
David K. Elam, II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID K. ELAM, II,<br><br>    Defendant. | Case No. 2:14-CV-9788-PSG-SS<br><br>**PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID K. ELAM, II**<br><br>Hearing: August 8, 2016<br>Time: 1:30 p.m.<br>Place: CR 880 (Roybal)<br>Judge: Hon. Philip S. Gutierrez |

**PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL**

# PROOF OF SERVICE

I, Marc S. Williams, hereby declare as follows:

On June 15, 2016, I served the documents listed below on David K. Elam, II by email and U.S. Mail to the following address:

David K. Elam, II

Philadelphia, PA

@      .com

**Documents Served**

1. NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID K. ELAM, II (Dkt #68)

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID K. ELAM, II; DECLARATION OF MARC S. WILLIAMS (Dkt #68-1)

3. [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTDAVID K. ELAM, II (Dkt #68-2)

4. PROOF OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DAVID K. ELAM, II (Dkt #69)

I declare under penalty of the perjury that the foregoing is true and correct.

Dated:  June 15, 2016                          By: /s/ Marc S. Williams
                                                    Marc S. Williams