Seth Gold (SBN 163220)
seth.gold@klgates.com
Samira Torshizi (SBN 296589)
samira.torshizi@klgates.com

K&L Gates LLP
(Cyber Civil Rights Legal Project)
10100 Santa Monica Blvd.
Eighth Floor
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**DAVID K. ELAM II,**<br><br>　　　　Defendant. | Case No. 2:14-CV-09788 PSG-SHS<br><br>**[REFERRED TO MAGISTRATE JUDGE SUZANNE H. SEGAL]**<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF SETH GOLD IN SUPPORT THEREOF; [PROPOSED] ORDER**<br><br>Pre-Trial Conf.:　January 8, 2018<br>Trial Date:　　　January 30, 2018<br>Disc. Cut-Off:　　October 24, 2017 |

TO THE HONORABLE COURT AND TO ALL PARTIES:

Pursuant to Central District of California Local Rule 79-5, Plaintiff Jane Doe ("Plaintiff") hereby applies for an order sealing her **unredacted** Proof of Service to Plaintiff's Motion to Compel Responses to Document Requests that was mailed to Defendant's address in accordance with Fed.R.Civ.P. 5(b)(2)(C) and L.R. 5.2-1.

Good cause exists to seal the unredacted Proof of Service. The Court granted Defendant's counsel's Motion to Withdraw as Attorney on August 3, 2016. (ECF No. 75). To date, Defendant not obtained new counsel to represent him and Defendant is proceeding *pro se*. (Declaration of Seth Gold ("Gold Decl.") ¶ 3). Moreover, Defendant has not sought leave to file or receive service of documents through the CM/ECF System. (*Id.*). As such, pursuant to Fed.R.Civ.P. 5(b)(2)(C), Plaintiff served her Motion to Compel and supporting documents on Defendant at his last known address. (Gold Decl. ¶ 4). As required by L.R. 5.2-1, Plaintiff redacted Defendant's home address from all documents electronically filed with the Court, including the Proof of Service. (Gold Decl. ¶ 5). However, an unredacted Proof of Service was mailed and emailed to Defendant showing service of Plaintiff's Motion to Compel and all supporting documents. (*Id.*).

On August 7, 2017, the Court issued an Order to Show Cause Re Defective Proof of Service (the "Order"). (ECF No. 90). To properly respond to the Court's Order, Plaintiff would like to submit an unredacted Proof of Service that was mailed to Defendant to show service was proper. (Gold Decl. ¶ 6; *see also* ECF No. 93). Therefore, Plaintiff respectfully requests that the Court order the unredacted Proof of Service to be filed under seal, so the Court can view the evidence reflecting proper service.

///
///
///

| | |
|---|---|
| 1 | Concurrent with this filing, Plaintiff has filed an amended redacted version of |
| 2 | the Proof of Service, which includes Defendant's name and the city and state of |
| 3 | Defendant's home address and redacts the information necessary to protect the |
| 4 | confidential and private information of Defendant's home address, as required by |
| 5 | Local Rule. (ECF No. 92). |

Dated: August 15, 2017         By: /s/ Samira Torshizi
                                   Seth Gold
                                   Samira Torshizi
                                   K&L Gates LLP
                                   (Cyber Civil Rights Legal Project)

*Attorneys for Plaintiff Jane Doe*

# PROOF OF SERVICE

2:14-CV-9788-PSG-SS

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, CA 90067.

On August 15, 2017, I served the document(s) described as:

1. **PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL; DECLARATION OF SETH GOLD IN SUPPORT THEREOF; [PROPOSED] ORDER**
2. **DECLARATION OF SETH GOLD IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**
3. **PROPOSED ORDER RE PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

on the parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

David K. Elam, II                                         Defendant *In Pro Per*
████████████████
Philadelphia, PA 19121-4242

David.Elam2@gmail.com

☑ **BY MAIL**: I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☑ **BY ELECTRONIC SERVICE**: by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on August 15, 2017, at Los Angeles, California.

3 | Samira Torshizi                        /s/ Samira Torshizi
4 |                                        Signature