1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DAVID K. ELAM II,**<br><br>　　　　　Defendant. | CASE NO. 2:14-CV-9788-PSG-SS<br><br>**[~~PROPOSED~~] ORDER RE PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Pre-Trial Conf.:　January 8, 2018<br>Trial Date:　　　January 30, 2018<br>Disc. Cut-Off:　　October 24, 2017 |

1   Having considered the Application of Plaintiff Jane Doe to file under seal her
2 **unredacted** Proof of Service for the Motion to Compel Responses to Document
3 Requests, the Court hereby **GRANTS** Plaintiff's Application and orders Plaintiff to
4 submit under seal the unredacted Proof of Service.
5   **IT IS SO ORDERED.**

8 Dated: 8/24/2017                                /S/
                                      Honorable Suzanne H. Segal
9                                     United States Magistrate Judge

---