Seth Gold (SBN 163220)
seth.gold@klgates.com
Samira F.Torshizi (SBN 296589)
samira.torshizi@klgates.com
K&L Gates LLP
10100 Santa Monica Blvd., Eighth Floor
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

David R. Osipovich (*pro hac vice*)
david.osipovich@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Phone: 412-355-6753
Fax:  412-355-6501

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jane Doe**<br><br>       Plaintiff,<br><br>vs.<br><br>**David K. Elam II,**<br><br>       Defendant. | Case No. CV 14-9788 PSG (SS)<br><br>**[DISCOVERY MATTER: REFERRED TO MAGISTRATE JUDGE SUZANNE H. SEGAL]**<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR ORDER OF RECOMMENDATION TO DISTRICT COURT JUDGE FOR NON-MONETARY SANCTIONS AND/OR FOR MONETARY AND OTHER SANCTIONS**<br><br>Date: October 24, 2017<br>Time: 10:00 am<br>Courtroom:  590<br><br>Pre-Trial Conf:  January 8, 2018<br>Trial Date:  January 30, 2018<br>Disc. Cut-Off:  October 24, 2017 |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RECOMMENDATION FOR SANCTIONS**

On September 15, 2017, Plaintiff filed her Notice of Motion and Motion for Order of Recommendation to District Court Judge for Non-monetary Sanctions and/or for Monetary and Other Sanctions (the "Motion").  (ECF No. 103).  Defendant David K. Elam II failed to file an opposition or statement of non-opposition to that Motion. Pursuant to Central District Local Rule 7-12, the failure to file such required documents may be deemed consent to the granting of Plaintiff's motion.

Of further note, for the sake of clarification, Plaintiff respectfully states that its request in the Motion for a recommendation that the District Court Judge enter judgment in Plaintiff's favor is a request for a recommendation that judgment be entered on issues of liability for each of Plaintiff's claims and that the issue of damages for those claims be the subject of further motion practice and/or hearing.

Dated: October 10, 2017            By:  /s/ Seth Gold

Seth Gold
Samira F. Torshizi
David R. Osipovich
K&L Gates LLP

*Attorneys for Plaintiff Jane Doe*

1

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RECOMMENDATION FOR SANCTIONS**