Seth Gold (SBN 163220)
seth.gold@klgates.com
Samira Torshizi (SBN 296589)
samira.torshizi@klgates.com
Jonathan Kintzele (SBN 316482)
jonathan.kintzele@klgates.com
K&L Gates LLP
10100 Santa Monica Blvd., 8th Flr.
Los Angeles, CA 90067
T: (310) 552-5000
F: (310) 552-5001

Peter Soskin (SBN 280347) peter.soskin@klgates.com
K&L Gates LLP
4 Embarcadero Center Ste. 1200
San Francisco, CA 94111
T: (415) 882-8200
F: (415) 882-8220

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **JANE DOE**,<br><br>                     Plaintiff,<br><br>          v.<br><br>**DAVID K. ELAM II**,<br><br>                     Defendant. | **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**<br><br>Case No. CV 14-9788 PSG (SS)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Assigned to the Honorable Philip S. Gutierrez<br><br>Date: April 16, 2018<br>Time: 1:30 p.m.<br>Place: 350 West 1st St., Ctrm. 6A |

Pursuant to Federal Rule of Evidence 201 and supporting case law, Plaintiff Jane Doe, by and through her attorneys of record, hereby request that the Court take judicial notice of the following documents:

1.  Form DV-109 Notice of Court Hearing Granting Temporary Restraining Order, attached hereto as **Exhibit A**.

2.  Form DV-130, Restraining Order After Hearing (Order of Protection), dated June 03, 2013, attached hereto as **Exhibit B**.

3.  Notice of Electronic Filing dated January 19, 2018 regarding filing of Default by Clerk, ECF 135, attached hereto as **Exhibit C**

Judicial notice of the foregoing court documents is appropriate under the Federal Rules of Evidence, which require that judicial notice be taken of facts not subject to reasonable dispute and that are "capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). Particularly relevant to Plaintiff's request here, a court "may take judicial notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *see also Schweitzer v. Scott*, 469 F. Supp. 1017, 1020 (C.D. Cal. 1979) ("[T]he Court is empowered to and does take judicial notice of court files and records.").

Here, these documents are court records from the Superior Court of Los Angeles County. Accordingly, judicial notice is appropriate pursuant to Federal Rule of Evidence 201(b) and the precedent cited above. In addition, judicial notice should be granted because the documents have a direct relation to the matters encompassed by Plaintiff's Motion for Default Judgment. The underlying facts in Plaintiff's request for a restraining order involve the same conduct at issue in the instant matter, and relate to

1

Defendants' intentional conduct, among other things.  Because these documents are capable of accurate and ready determination by reference to sources whose accuracy cannot reasonably be questioned—the Los Angeles Superior Court—they are proper subjects for judicial notice

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the above described documents.

Dated: February 16, 2018              By:  /s/ *Peter E. Soskin*

Seth Gold
Samira Torshizi
Jonathan Kintzele
Peter Soskin
K&L Gates LLP

*Attorneys for Plaintiff Jane Doe*

# EXHIBIT A

**YOUR COPY**

**DV-109**   **Notice of Court Hearing**

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles

MAY 13 2013

John A. Clarke, Executive Officer/Clerk

By: _____ , Deputy
Bailey F. Chin

**① Name of Person Asking for Order:**

REDACTED

Your lawyer in this case *(if you have one)*:
Name: _____ State Bar No.: _____
Firm Name: _____
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*

REDACTED

Telephone: _____ Fax: _____
E-Mail Address: _____

Fill in court name and street address:

Superior Court of California, County of

LOS ANGELES SUPERIOR COURT
FAMILY LAW - DEPT.
111 N HILL STREET
LOS ANGELES CA 90012

Clerk fills in case number when form is filed.

REDACTED

**② Name of Person to Be Restrained:**
David K. Elam II

*The court will fill out the rest of this form.*

**③ Notice of Court Hearing**
A court hearing is scheduled on the request for restraining orders against the person in ②.

| Hearing Date → | Date: JUN 0 3 2013 | Time: 8:30am | Name and address of court if different from above: |
|---|---|---|---|
| | Dept.: 7 | Room: 240 | |

**④ Temporary Restraining Orders (any orders granted are attached on Form DV-110)**

a. Temporary restraining orders for personal conduct, stay away, and protection of animals, as requested in Form DV-100, *Request for Domestic Violence Restraining Order,* are:
(1) ☒ All **granted** until the court hearing
(2) ☐ All **denied** until the court hearing *(specify reasons for denial in (b))*:
(3) ☐ Partly **granted** and partly **denied** until the court hearing *(specify reasons for denial in (b))*:

b. Requested temporary restraining orders for personal conduct, stay away, and protection of animals are denied because:
(1) ☐ The facts as stated in form DV-100 do not show reasonable proof of a past act or acts of abuse. (Family Code, §§ 6320 and 6320.5)
(2) ☐ The facts do not describe in sufficient detail the most recent incidents of abuse, such as what happened, the dates, who did what to whom, or any injuries or history of abuse.
(3) ☐ Further explanation of reason for denial, or reason not listed above: _____
_____
_____
_____

**This is a Court Order.**

**Notice of Court Hearing**
**(Domestic Violence Prevention)**

DV-109, Page 1 of 3
→

0004

| Case Number: |
|---|
|  |

**(5)  Service of Documents and Time for Service—for Person in (1)**

At least ☐ **five** or ☐ ___ **days before the hearing**, someone age 18 or older—**not you or anyone else to be protected**—must personally give (serve) a court's file-stamped copy of this form (DV-109, *Notice of Court Hearing*) to the person in (2) along with a copy of all the forms indicated below:

a.  Form DV-100, *Request for Domestic Violence Restraining Order,* (file-stamped) with applicable attachments

b.  ☒ Form DV-110, *Temporary Restraining Order* (file-stamped) with applicable attachments **if granted by the judge**

c.  Form DV-120, *Response to Request for Domestic Violence Restraining Order* (blank form)

d.  Form DV-250, *Proof of Service by Mail* (blank form)

e.  ☐ Other *(specify)*: _____

Date: 5-13-13 _____            _____
                                          *Judicial Officer*

---

**Right to Cancel Hearing: Information for the Person in ❶**

- If item (4)(a)(2) or (4)(a)(3) is checked, the judge has denied some or all of the temporary orders you requested until the court hearing. The judge may make the orders you want after the court hearing. You can keep the hearing date, or you can cancel your request for orders so there is no court hearing.
- If you want to cancel the hearing, use Form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order.* Fill it out and file it with the court as soon as possible. You may file a new request for orders, on the same or different facts, at a later time.
- If you cancel the hearing, do not serve the documents listed in item (5) on the other person.
- If you want to keep the hearing date, you must have all of the documents listed in item (5) served on the other person within the time listed in item (5).
- At the hearing, the judge will consider whether denial of any requested orders will jeopardize your safety and the safety of children for whom you are requesting custody or visitation.
- You must come to the hearing if you want the judge to make restraining orders or continue any orders already made. If you cancel the hearing or do not come to the hearing, any restraining orders made on Form DV-110 will end on the date of the hearing.

---

**To the Person in ❷**

- The court cannot make the restraining orders after the court hearing unless the person in (2) has been personally given (served) a copy of your request and any temporary orders. To show that the person in (2) has been served, the person who served the forms must fill out a proof of service form. Form DV-200, *Proof of Personal Service* may be used.
- For information about service, read Form DV-210-INFO, *What Is "Proof of Personal Service"?*
- If you are unable to serve the person in (2) in time, you may ask for more time to serve the documents. Read Form DV-115-INFO, *How to Ask for a New Hearing Date.*

---

**This is a Court Order.**

0005



### To the Person in ❷

- If you want to respond in writing, mail a copy of your completed Form DV-120, *Response to Request for Domestic Violence Restraining Order,* to the person in ① and file it with the court. You cannot mail Form DV-120 yourself. Someone age 18 or older—**not you**—must do it.
- To show that the person in ① has been served by mail, the person who mailed the forms must fill out a proof of service form. Form DV-250, *Proof of Service by Mail,* may be used. File the completed form with the court before the hearing and bring it with you to the hearing.
- For information about responding to a restraining order and filing your answer, read Form DV-120-INFO, *How Can I Respond to a Request for Domestic Violence Restraining Order?.*
- Whether or not you respond in writing, go to the court hearing if you want the judge to hear from you before making orders. You may tell the judge why you agree or disagree with the orders requested. You may bring witnesses and other evidence.

- **At the hearing, the judge may make restraining orders against you that could last up to five years.**

- **The judge may also make other orders about your children, child support, spousal support, money, and property and may order you to turn in or sell any firearms that you own or possess.**



### Request for Accommodations
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* (Form MC-410). (Civil Code, § 54.8.)

*(Clerk will fill out this part.)*



### —Clerk's Certificate—
I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

MAY 1 3 2013

Date: _____   Clerk, by_____, Deputy

### This is a Court Order.

**Notice of Court Hearing**
**(Domestic Violence Prevention)**

0006




**DV-110**   **Temporary Restraining Order**

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

① **Name of Protected Person:**

REDACTED

Your lawyer in this case *(if you have one)*:
Name: _____ State Bar No.: _____
Firm Name: _____
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.)*:

REDACTED

Telephone: _____ Fax: _____
E-Mail Address: _____

② **Name of Restrained Person:**
David K. Elam II

**Description of restrained person:**

# REDACTED

③ ☐ **Additional Protected Persons**
In addition to the person named in ①, the following persons are protected by temporary orders as indicated in items ⑥ and ⑦ *(family or household members):*

| Full name | Relationship to person in ① | Sex | Age |
|-----------|------------------------------|-----|-----|
| _____ | _____ | ____ | ____ |
| _____ | _____ | ____ | ____ |
| _____ | _____ | ____ | ____ |

☐ *Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-110, Additional Protected Persons" as a title.*

*The court will complete the rest of this form.*

④ **Expiration Date**
*This order expires at the date and time of the hearing below:*

| Hearing Date: JUN 0 3 2013 | Time: 8:30 | ☒ a.m. ☐ p.m. |
|---|---|---|

---

**Clerk stamps date here when form is filed.**

**FILED**
Superior Court of California
County of Los Angeles

MAY 13 2013

John A. Clarke, Executive Officer/Clerk
By: _____ , Deputy
       Bailey F. Chin

*Fill in court name and street address:*

Superior Court of California, County of
LOS ANGELES SUPERIOR COURT
FAMILY LAW - DEPT.
111 N. HILL STREET
LOS ANGELES, CA 90012

REDACTED

---

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

DV-110, Page 1 of 5 ➔



0007

**Case Number:**

**(5)** ☐ **Criminal Protective Order**
    a. ☐ A criminal protective order on Form CR-160, *Criminal Protective Order–Domestic Violence,* is in effect.
        Case Number: _____ County: _____ Expiration Date: _____
    b. ☒ No information has been provided to the judge about a criminal protective order.

**To the person in ➋**

**The court has granted the temporary orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**(6)** **Personal Conduct Orders**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:
    a. You must **not** do the following things to the person in ① ~~and ☐ persons in ③~~:
      ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements
      ☒ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail, e-mail or other electronic means
      ☐ Take any action, directly or through others, to obtain the addresses or locations of the persons in ① and ③. *(If this item is not checked, the court has found good cause not to make this order.)*
    b. Peaceful written contact through a lawyer or process server or another person as needed to serve Form DV-120 *(Response to Request for Domestic Violence Restraining Order)* or other legal papers is allowed and does not violate this order.
    c. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(7)** **Stay-Away Order**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:
    a. You **must** stay at least *(specify):* 100 yards away from:
      ☒ The person in ①        ☒ School of person in ①
      ☐ The persons in ③      ☐ The children's school or child care
      ☒ Home of person in ①      ☐ Other *(specify):* _____
      ☒ The job or workplace of person in ①  _____
      ☒ Vehicle of person in ①  _____
    b. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

**(8)** **Move-Out Order**  ☒ Not requested  ☐ Denied until the hearing  ☐ Granted as follows:
    You must take only personal clothing and belongings needed until the hearing and move out immediately from *(address):* _____

**This is a Court Order.**

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**



**REDACTED**

**(9)  No Guns or Other Firearms or Ammunition**

a.  You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b.  You must:
- Sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms within your immediate possession or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. (You may use Form DV-800, *Proof of Firearms Turned In or Sold,* for the receipt.)

c.  ☐ The court has received information that you own or possess a firearm.

**(10)  Record Unlawful Communications**

☐ Not requested   ☐ Denied until the hearing   ☒ Granted as follows:

The person in ① can record communications made by you that violate the judge's orders.

**(11)  Care of Animals**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person in ① is given the sole possession, care, and control of the animals listed below. The person in ② must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals: _____

_____

**(12)  Child Custody and Visitation**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

You and the person in ① must follow the orders listed in attached Form DV-140, *Child Custody and Visitation Order.* The parent with temporary custody of the child must not remove the child from California until a noticed hearing *(Family Code Section 3063).*

**(13)  Child Support**

Not ordered now but may be ordered after a noticed hearing.

**(14)  Property Control**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

Until the hearing, *only* the person in ① can use, control, and possess the following property and things: _____

**(15)  Debt Payment**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

The person in ② must make these payments until this order ends:

Pay to: _____   For: _____   Amount: $ _____   Due date: _____

Pay to: _____   For: _____   Amount: $ _____   Due date: _____

**(16)  Property Restraint**   ☒ Not requested   ☐ Denied until the hearing   ☐ Granted as follows:

If the people in ① and ② are married to each other or are registered domestic partners,

☐ the person in ①   ☐ the person in ② must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, each person must notify the other of any new or big expenses and explain them to the court. *(The person in ② cannot contact the person in ① if the court has made a "no contact" order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

0009

| Case Number: |
|---|
| |

**(17) Spousal Support**
Not ordered now but may be ordered after a noticed hearing.

**(18) Lawyer's Fees and Costs**
Not ordered now but may be ordered after a noticed hearing.

**(19) Payments for Costs and Services**
Not ordered now but may be ordered after a noticed hearing.

**(20) Batterer Intervention Program**
Not ordered now but may be ordered after a noticed hearing.

**(21) Other Orders**  ☐ Not requested  ☐ Denied until the hearing  ☒ Granted as follows:

Do not create any online profile using Petitioner's photograph and/or contact information and take down and delete any such profiles you have already created. This includes any and all videos of Petitioner.

☐ Check here if there are additional orders. List them on an attached sheet of paper and write "DV-110, other Orders" as a title.

**(22) No Fee to Serve (Notify) Restrained Person**
If the sheriff serves this order, he or she will do it for free.

Date: MAY 1 3 2013

Judge (or Judicial Officer)
CAROL J. HALLOWELL

**Warnings and Notices to the Restrained Person in (2)**

## You Cannot Have Guns, Other Firearms or Ammunition

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control as stated in item (9) above. The court will require you to prove that you did so.

## If You Do Not Obey This Order, You Can Be Arrested and Charged With a Crime

- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.
- If you do not obey this order, you can go to jail or prison and/or pay a fine.

## Service of Order by Mail

If the judge makes a restraining order at the hearing, which has the same orders as in this form, you will get a copy of that order by mail at your last known address, which is written in (2). If this address is not correct, or to know if the orders were made permanent, contact the court.

**This is a Court Order.**

Revised January 1, 2012

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

DV-110, Page 4 of 5  →

0010




**REDACTED**

## Child Custody, Visitation, and Support

- **Child custody and visitation:** If you do not go to the hearing, the judge can make custody and visitation orders for your children without hearing from you.
- **Child support:** The judge can order child support based on the income of both parents. The judge can also have that support taken directly from your paycheck. Child support can be a lot of money, and usually you have to pay until the child is age 18. File and serve a *Financial Statement* (Simplified) (Form FL-155) or an *Income and Expense Declaration* (Form FL-150) so the judge will have information about your finances.
- **Spousal support:** File and serve an *Income and Expense Declaration* (Form FL-150) so the judge will have information about your finances. Otherwise, the court may make support orders without hearing from you.

### Instructions for Law Enforcement

This order is effective when made. It is enforceable by any law enforcement agency that has received the order, is shown a copy of the order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the order and then shall enforce it. Violations of this order are subject to criminal penalties.

### Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

---

**Certificate of Compliance With VAWA**

This temporary protective order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---



*(Clerk will fill out this part.)*

—**Clerk's Certificate**—

Clerk's Certificate
[seal]

I certify that this *Temporary Restraining Order* is a true and correct copy of the original on file in the court.

MAY 1 3 2013

Date: _____   Clerk, by _____, Deputy

### This is a Court Order.

Revised January 1, 2012

**Temporary Restraining Order**
**(CLETS—TRO)**
**(Domestic Violence Prevention)**

DV-110, Page 5 of 5

0011

**DV-100**

## Request for Domestic Violence Restraining Order

*You must also complete Form CLETS-001, Confidential CLETS Information and give it to the clerk when you file this Request.*

**①  Name of person asking for protection:**

REDACTED

Your lawyer in this case *(if you have one):*

Name: _____ State Bar No.: _____

Firm Name: _____

**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*

REDACTED

**②  Name of person you want protection from:**

David K. Elam II

Description of person you want protection from:

REDACTED

---

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

**MAY 13 2013**

John A. Clarke, Executive Officer/Clerk

By: _____, Deputy
Bailey F. Chin

*Fill in court name and street address:*

Superior Court of California, County of

LOS ANGELES SUPERIOR COURT
FAMILY LAW - DEPT.
111 N HILL STREET
LOS ANGELES, CA 90012

*Clerk fills in case number when form is filed.*

REDACTED

---

**③  Do you want an order to protect family or household members?** ☐ Yes ☐ No

*If yes, list them:*

| Full name | Sex | Age | Lives with you? | Relationship to you |
|---|---|---|---|---|
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |
| _____ | _____ | _____ | ☐ Yes ☐ No | _____ |

☐ Check here if you need more space. Attach a sheet of paper and write "DV-100, Protected People" for a title.

**④  What is your relationship to the person in ②?** *(Check all that apply):*

a. ☐ We are now married or registered domestic partners.

b. ☐ We used to be married or registered domestic partners.

c. ☐ We live together.

d. ☐ We used to live together.

e. ☐ We are related by blood, marriage, or adoption (specify relationship): _____

f. ☑ We are dating or used to date, or we are or used to be engaged to be married.

g. ☐ We are the parents together of a child or children under 18:

Child's Name: _____ Date of Birth: _____
Child's Name: _____ Date of Birth: _____
Child's Name: _____ Date of Birth: _____

*If you do not have one of these relationships, the court may not be able to consider your request. Read DV-500-INFO for help.*

☐ Check here if you need more space. Attach a sheet of paper and write "DV-100, Children Under 18" for a title.

h. ☐ We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one.)*

**This is not a Court Order.**

---

Judicial Council of California, www.courts.ca.gov
Revised January 2, 2012, Mandatory Form
Family Code, § 6200 et seq.

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

DV-100, Page 1 of 5 →

0012



**⑤ Other Court Cases**

a. Have you or any other person named in item ③ been involved in another court case with the person in ②?

☑ No ☐ Yes  *If yes, check each kind of case and indicate where and when each was filed:*

| Kind of Case | County or Tribe Where Filed | Year Filed | Case Number *(if known)* |
|---|---|---|---|
| ☐ Divorce, Nullity, Legal Separation | _____ | _____ | _____ |
| ☐ Civil Harassment | _____ | _____ | _____ |
| ☐ Domestic Violence | _____ | _____ | _____ |
| ☐ Criminal | _____ | _____ | _____ |
| ☐ Juvenile, Dependency, Guardianship | _____ | _____ | _____ |
| ☐ Child Support | _____ | _____ | _____ |
| ☐ Parentage, Paternity | _____ | _____ | _____ |
| ☐ Other *(specify)*: _____ | _____ | _____ | _____ |

☐ Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Court Cases" for a title.

b. Are there any domestic violence restraining/protective orders now (criminal, juvenile, family)?

☑ No ☐ Yes  *If yes, attach a copy if you have one.*

## Check the orders you want. ☑

**⑥ ☑ Personal Conduct Orders**

I ask the court to order the person in ② not to do the following things to me or anyone listed in ③:

a. ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements

b. ☑ Contact, either directly or indirectly, in any way, including but not limited to, by telephone, mail or e-mail or other electronic means

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**⑦ ☑ Stay-Away Order**

a. I ask the court to order the person in ② to stay at least _____ yards away from *(check all that apply):*

☑ Me                     ☑ My vehicle
☑ My home                ☐ The children's school or child care
☑ My job or workplace    ☑ ~~Each person listed in ③~~
☑ My school              ☐ Other *(specify)*: _____

b. If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, workplace, school, or vehicle?   ☑ Yes ☐ No  *(If no, explain):*
_____

**⑧ ☐ Move-Out Order**

*(If the person in ② lives with you and you want that person to stay away from your home, you must ask for this move-out order)*

I ask the court to order the person in ② to move out from and not return to *(address):*
_____

I have the right to live at the above address because (explain): _____
_____

**This is not a Court Order.**

Revised January 2, 2012       **Request for Domestic Violence Restraining Order**       DV-100, Page 2 of 5
                              **(Domestic Violence Prevention)**                        →

0013

**REDACTED**

**(9) Guns or Other Firearms and Ammunition**

I believe the person in ② owns or possesses guns, firearms, or ammunition. ☐ Yes ☐ No ☑ I don't know

*If the judge approves the order, the person in ② will be ordered not to own, possess, purchase or receive a firearm or ammunition. The person will be ordered to sell to a gun dealer or turn in to law enforcement any guns or firearms that he or she owns or possesses.*

**(10) ☑ Record Unlawful Communications**

I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**(11) ☐ Animals: Possession and Stay-Away Order**

I ask for the sole possession, care, and control of the animals listed below. I ask the court to order the person in ② to stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:_____

_____

I ask for the animals to be with me because: _____

_____

**(12) ☐ Child Custody and Visitation**

a. ☐ I do not have a child custody or visitation order and I want one.
b. ☐ I have a child custody or visitation order and I want it changed.

*If you ask for orders, you must fill out and attach Form DV-105, Request for Child Custody and Visitation Orders.*

*You and the other parent may tell the court that you want to be legal parents of the children (use Form DV-180, Agreement and Judgment of Parentage).*

**(13) ☐ Child Support** *(Check all that apply):*

a. ☐ I do not have a child support order and I want one.
b. ☐ I have a child support order and I want it changed.
c. ☐ I now receive or have applied for TANF, Welfare, CalWORKS, or Medi-Cal.

*If you ask for child support orders, you must fill out and attach Form FL-150, Income and Expense Declaration or Form FL-155, Financial Statement (Simplified).*

**(14) ☐ Property Control**

I ask the court to give *only* me temporary use, possession, and control of the property listed here:

_____

**(15) ☐ Debt Payment**

I ask the court to order the person in ② to make these payments while the order is in effect:

☐ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Debt Payment" for a title.*

Pay to: _____ For: _____ Amount: $_____ Due date:_____

**(16) ☐ Property Restraint**

**I am married to or have a registered domestic partnership with the person in ②.** I ask the judge to order that the person in ② not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**This is not a Court Order.**

0014

**REDACTED**

**(17)** ☐ **Spousal Support**
I am married to or have a registered domestic partnership with the person in **(2)** and no spousal support order exists. I ask the court to order the person in **(2)** to pay spousal support. *(You must fill out, file, and serve Form FL-150, Income and Expense Declaration, before your hearing).*

**(18)** ☐ **Lawyer's Fees and Costs**
I ask that the person in **(2)** pay some or all of my lawyer's fees and costs.
*You must complete, file and serve Form FL-150, Income and Expense Declaration before your hearing.*

**(19)** ☐ **Payments for Costs and Services**
I ask the court to order the person in **(2)** to pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in **(2)** (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*
Pay to: _____ For: _____ Amount: $_____
Pay to: _____ For: _____ Amount: $_____

**(20)** ☐ **Batterer Intervention Program**
I ask the court to order the person listed in **(2)** to go to a 52-week batterer intervention program and show proof of completion to the court.

**(21)** ☑ **Other Orders**
What other orders are you asking for? *See Attached*
_____
_____
☑ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Other Orders" for a title.*

**(22)** ☐ **Time for Service (Notice)**
*The papers must be personally served on the person in **(2)** at least five days before the hearing, unless the court orders a shorter time for service. If you want there to be fewer than five days between service and the hearing, explain why below. For help, read Form DV-200-INFO, "What Is Proof of Personal Service?"*
_____
_____
_____

**(23)** **No Fee to Serve (Notify) Restrained Person**
*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk what you need to do.*

**(24)** **Court Hearing**
The court will schedule a hearing on your request. If the judge does not make the orders effective right away ("temporary restraining orders"), the judge may still make the orders after the hearing. If the judge does not make the orders effective right away, you can ask the court to cancel the hearing. Read Form DV-112, *Waiver of Hearing on Denied Request for Temporary Restraining Order* for more information.

**This is not a Court Order.**

**Request for Domestic Violence Restraining Order**
**(Domestic Violence Prevention)**

**REDACTED**

**(25) Describe Abuse**

Describe how the person in (2) abused you. Abuse means to intentionally or recklessly cause or attempt to cause bodily injury to you; or to place you or another person in reasonable fear of imminent serious bodily injury; or to molest, attack, hit, stalk, threaten, batter, harass, telephone, or contact you; or to disturb your peace; or to destroy your personal property. Abuse can be spoken, written, or physical. (For a complete definition, see Family Code §§ 6203, 6320).

a. Date of most recent abuse: _5 | 12 | 13_

b. Who was there? _____

c. Describe how the person in (2) abused you or your children: _____(attached)_____
_____
_____
_____
_____
_____

☑ *Check here if you need more space. Attach a sheet of paper and write "DV-100, Recent Abuse" for a title.*

d. Did the person in (2) use or threaten to use a gun or any other weapon? ☑ No ☐ Yes *(If yes, describe):*
_____

e. Describe any injuries: _____
_____

f. Did the police come? ☐ No ☑ Yes
If yes, did they give you or the person in (2) an Emergency Protective Order? ☐ Yes ☑ No ☐ I don't know
*Attach a copy if you have one.*
The order protects ☐ you  or  ☐ the person in (2)

g. **Has the person in (2) abused you (or your children) other times?**
*If yes,* ☐ *check here and use Form DV-101,* Description of Abuse *or a sheet of paper to describe any previous abuse.*

**(26) Other Persons to Be Protected**

The persons listed in item (3) need an order for protection because *(describe):* _____
_____
_____

**(27)** Number of pages attached to this form, if any: _1 3_

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

**REDACTED**

*Type or print your name*                    *Sign your name*

Date: _____

_____                    ▶ _____
*Lawyer's name, if you have one*                    *Lawyer's signature*

**This is not a Court Order.**

0016

REDACTED

REDACTED

REDACTED

**No Service**    11:38 AM    77% 🔋

◀ Messages (3)   **David Elam**   Edit

could jeopardize REDACTED admittance.

**REDACTED**

But I did find it ironic how paranoid you were last night. Good thing it ended before you had some real explaining to do

May 3, 2013, 11:47 PM

That awkward moment when errbody seent what I seent...
Hopefully ogurl can flip a burger or two

I'm an asshole. Sucks for you

**REDACTED**



   Text Message   Send

. Ex . A





**No Service**    11:03 AM    83%

**Messages (3)**    **David Elam**    **Edit**

May 9, 2013, 5:34 PM

Don't even acknowledge the apology. The class and character I love in a real woman...


REDACTED

Either way am I getting my blazer back or do the authorities have to do it for me? No answer means they'll have to. Don't worry I have the address saved.

May 9, 2013, 7:48 PM

The nonsense is done. Ill stop messing with you. If anything between us meant anything the give me a ring. I just want to have a constructive dialogue about where things went wrong and why they weren't right. I


Text Message    **Send**

Ex. C

0022









**REDACTED**

Hello I enjoyed your profile . Would you be interested in chatting ?

sounds good shoot me a text. the nastier the better.
**REDACTED**

K I will text you

dick pics are welcome



Ex E

0025

**.ıl.__ Verizon● 3G     1:03 PM ●         ◤     9**

‹                    Conversati REDACTED

Ill be honest with you. I've been studying for the past 72 hours straight. I'm sexually frustrated and tired. Lets cut the bullshit and chivalry act. I just need a good clean hookup.

I am ready! Lets make a dat

I can hang out tomorrow after my final. In the mean time text me a pic/ appetizer for tomorrow. Ill be your dessert. (940) 292  5710

REDACTED





‹   **Conversation**   ⇥

# REDACTED

Seems like you and I have similar tastes. You took all of my men so I had to venture on to the other side. One female, REDACTED REDACTED has been quite responsive.





May 9, 2013, 7:48 PM

The nonsense is done. Ill stop messing with you. If anything between us meant anything the give me a ring. I just want to have a constructive dialogue about where things went wrong and why they weren't right. I hope that you have it in you to spend five minutes to actually talk about the things on your chest and allow me to open up to you and let you know why things have been the way they've been, not only for the past few days, but for the last month. I'm beyond flawed. I know that. Trust me. And trust that it'd be best if we just talked.



Fx. T

**DV-100, Other Orders**

I would like to request that David be prevented from assuming my identity further and from disclosing my images and personal information on-line. I would like him to destroy any images that he has kept so that he cannot continue to harass and threaten me with disclosing it to my future employers.



**REDACTED**

| | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

**FILED**
Superior Court of California
County of Los Angeles

MAY 13 2013

John A. Clarke, Executive Officer/Clerk

By: _____, Deputy
Bailey F. Chin

ATTORNEY FOR (NAME):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURT HOUSE ADDRESS: III N. Hill St. Los Angeles, CA

PETITIONER/PLAINTIFF: REDACTED

David K. Elam

| CHILD'S NAME: | CHILD'S DATE OF BIRTH: |
|---|---|

**REDACTED**

**DECLARATION RE: NOTICE OF EX PARTE REQUEST (NO NOTICE GIVEN)**
(Temporary Restraining Order)

I, _____**REDACTED**_____, declare that:
(PRINT NAME)

1) I did not give notice to the other party in this action because:

☐ I was afraid that the violence would reoccur when I gave notice that I was asking for these orders.

☐ I was afraid that the other party would take the children out of the area before the order could be granted and served.

☑ I believe that giving notice would make the orders useless because the other party would:

I felt notice would be futile since David was contacted by a detective in Salem, VA on Friday, but his behavior escalated following the meeting. I am also afraid to contact him.

2) I attempted and was unable to inform_____ or his/her attorney_____

that I would be seeking a temporary restraining order. My attempts included_____

_____

3) Other reason:

_____

_____

_____

_____

_____

I declare that the above is true and correct, and that I executed this declaration at _Los Angeles_____, California

_5 | 13 | 2013_____
DATE

**REDACTED**

FAM 018 / CK 018
04/04

**DECLARATION OF EX PARTE NOTICE**

0030

06/17/13 MON 14:32   FAX 540 375 6411 GREENWAY AND ASSOC                                    ☑002/002

None



                                    Plaintiff(s)                    **AFFIDAVIT OF SERVICE**

vs                                                                  REDACTED

**David K. Elam II**

                                    Defendant(s)

The undersigned being duly sworn, states:

That pursuant to 8.01-293(2) of the Code of Virginia: I am over the age of 18 and not a party or otherwise interested in the subject matter of the above-referenced controversy.

**I MADE SERVICE OF: Notice of Hearing, Restraining Order**

**SERVICE ON: David K. Elam II**

**ADDRESS: Humble Pie parking lot 1951 Electric Rd, Salem, VA 24153**

**DATE SERVED: 05/16/2013**

**(XX) PERSONAL SERVICE on David K. Elam II**

Description of person process was left with:
Sex: **Male** - Skin; **Black** - Hair: **Black** - Age: **27** - Height: **5'8"** - Weight: **160**
I declare under penalty of perjury that the return is true and correct.

_____ Date June 17, 2013
Timothy D. Greenway
Greenway and Associates, Inc.
P.O. Box 24
Vinton, VA 24179
540-527-3783


Commonwealth of Virginia
County of Roanoke

The foregoing instrument was acknowledged before me 17th day of June, 2013

_____
Notary Public, Paula D. Greenway / Susan M. Bryan / Robin W. Hylton /Timothy D. Greenway/Janett G. Leffell

Comm. Exp. Sept 30, 2013 (300250)/October 31, 2013 (355597)/ May 31, 2015(335341)/ Jan 31, 2015 (226213)/ Jan 31, 2017 #227725

*56058*

**EXHIBIT B**

**DV-130**   Restraining Order After Hearing
(Order of Protection)

Clerk stamps date here when form is filed.
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 03 2013

John A. Clarke, Executive Officer/Clerk
By: E. Daugherty, Deputy

(1) **Name of Protected Person:**
REDACTED

Your lawyer in this case *(if you have one)*:
Name: _____ State Bar No.: _____
Firm Name: Pro Per
**Address** *(If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):*

REDACTED

Telephone: _____ Fax: _____
E-Mail Address: _____

(2) **Name of Restrained Person:**
David K. Elam II

Description of restrained person:

REDACTED

Fill in court name and street address:
Superior Court of California, County of
LOS ANGELES
111 N. HILL ST.
LOS ANGELES, CA 90012

Fill in case number:
Case Number:
REDACTED

(3) ☐ **Additional Protected Persons**
In addition to the person named in (1), the following persons are protected by orders as indicated in item (6) and (7) *(family or household members):*

| Full name | Relationship to person in (1) | Sex | Age |
|-----------|-------------------------------|-----|-----|
| | | | |
| | | | |

☐ *Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-130, Additional Protected Persons" as a title.*

(4) **Expiration Date**
The orders, except as noted below, end on

*(date):* June 3, 2016     *at (time):* _____ ☐ a.m. ☐ p.m. or ☑ midnight

- *If no date is written, the restraining order ends three years after the date of the hearing in item (5)(a).*
- *If no time is written, the restraining order ends at midnight on the expiration date.*
- *Note: Custody, visitation, child support, and spousal support orders remain in effect after the restraining order ends. Custody, visitation and child support orders usually end when the child is 18.*
- *The court orders are on pages 2, 3, 4 and 5 and attachment pages (if any).*

**This order complies with VAWA and shall be enforced throughout the United States. See page 5.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)

DV-130, Page 1 of 6
→

0032

**REDACTED**

(5) **Hearings**
   a.  The hearing was on *(date):* 06-03-13    with *(name of judicial officer):* B. Scott Silverman    ⊞

   b.  These people were at the hearing *(check all that apply):*
     ☑ The person in ①    ☐ The lawyer for the person in ① *(name):* _____
     ☐ The person in ②    ☐ The lawyer for the person in ② *(name):* _____

   c.  ☐ The people in ① and ② must **return to court** on *(date):* _____
     at *(time):* _____ ☐ a.m. ☐ p.m.  to review *(specify issues):* _____
     _____
     _____

---

### To the person in ②

**The court has granted the orders checked below. Item ⑨ is also an order. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

(6) ☑ **Personal Conduct Orders**
   a.  The person in ② must **not** do the following things to the protected people in ① and ③:
     ☑ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements.
     ☑ Contact, either directly or indirectly, by any means, including, but not limited to, by telephone, mail, e-mail or other electronic means.
     ☐ Take any action, directly or through others, to obtain the addresses or locations of any protected persons. *(If this item is not checked, the court has found good cause not to make this order.)*

   b.  Peaceful written contact through a lawyer or process server or another person as needed to serve legal paper is allowed and does not violate this order.

   c.  ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③, as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

(7) ☑ **Stay-Away Order**
   a.  The person in ② **must** stay at least *(specify):* 100 yards away from:
     ☑ The person in ①      ☑ School of person in ①
     ☐ The persons in ③     ☐ The children's school or child care
     ☑ Home of person in ①    ☐ Other *(specify):* _____
     ☑ The job or workplace of person in ①    _____
     ☑ Vehicle of person in ①    _____

   b.  ☐ Exceptions: Brief and peaceful contact with the person in ① and peaceful contact with children in ③ as required for court-ordered visitation of children, is allowed unless a criminal protective order says otherwise.

(8) ☐ **Move-Out Order**
   The person in ② must move out immediately from *(address):* _____

---

### This is a Court Order.

Restraining Order After Hearing (CLETS—OAH)
(Order of Protection)
(Domestic Violence Prevention)

DV-130, Page 2 of 6
→

0033

**REDACTED**

⑨ **No Guns or Other Firearms or Ammunition**
   a. The person in ② cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.
   b. The person in ② must:
   - Sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms within his or her immediate possession or control. This must be done within 24 hours of being served with this order.
   - File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(Form DV-800, Proof of Firearms Turned In or Sold, may be used for the receipt.)*
   c. ☐ The court has received information that the person in ② owns or possesses a firearm.

⑩ ☑ **Record Unlawful Communications**
   The person in ① has the right to record communications made by the person in ② that violate the judge's orders.

⑪ ☐ **Animals: Possession and Stay-Away**
   The person in ① is given the sole possession, care, and control of the animals listed below. The person in ② must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals:_____
   _____

⑫ ☐ **Child Custody and Visitation**
   Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order*
   or *(specify other form):* _____

⑬ ☐ **Child Support**
   Child support is ordered on the attached Form FL-342, *Child Support Information and Order Attachment*
   or *(specify other form):* _____

⑭ ☐ **Property Control**
   Only the person in ① can use, control, and possess the following property:_____
   _____

⑮ ☐ **Debt Payment**
   The person in ② must make these payments until this order ends:
   Pay to: _____ For:_____ Amount: $_____ Due date:_____
   Pay to: _____ For:_____ Amount: $_____ Due date:_____
   Pay to: _____ For:_____ Amount: $_____ Due date:_____
   ☐ *Check here if more payments ordered. Attach a sheet of paper and write, "DV-130, Debt Payments" as a title.*

⑯ ☐ **Property Restraint**
   The ☐ person in ①   ☐ person in ②  must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, the person must notify the other of any new or big expenses and explain them to the court. *(The person in ② cannot contact the person in ① if the court has made a "Personal Conduct" order.)*

   Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

0034

**REDACTED**

**(17)** ☐ **Spousal Support**

Spousal support is ordered on the attached Form FL-343, *Spousal, Partner, or Family Support Order Attachment* or (specify other form): _____

**(18)** ☐ **Lawyer's Fees and Costs**

The person in **(2)** must pay the following lawyer's fees and costs:

Pay to: _____ For: _____ Amount: $_____ Due date:_____

Pay to: _____ For: _____ Amount: $_____ Due date:_____

**(19)** ☐ **Payments for Costs and Services**

The person in **(2)** must pay the following:

Pay to: _____ For: _____ Amount: $_____ Due date:_____

Pay to: _____ For: _____ Amount: $_____ Due date:_____

Pay to: _____ For: _____ Amount: $_____ Due date:_____

☐ *Check here if more payments ordered. Attach a sheet of paper and write,"DV-130, Payments for Costs and Services" as a title.*

**(20)** ☐ **Batterer Intervention Program**

The person in **(2)** must go to and pay for a 52-week batterer intervention program and show written proof of completion to the court. This program must be approved by the probation department.

**(21)** ☐ **Other Orders**

Other orders (specify): _____

_____

**(22)** **No Fee to Serve (Notify) Restrained Person**

If the sheriff or marshal serves this order, he or she will do it for free.

**(23)** **Service**

a. ☐ The people in **(1)** and **(2)** were at the hearing or agreed in writing to this order. No other proof of service is needed.

b. ☑ The person in **(1)** was at the hearing. The person in **(2)** was not.

   (1) ☑ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are the same as in Form DV-110 except for the end date. The person in **(2)** must be served. This order can be served by mail.

   (2) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are different from the orders in Form DV-110, or Form DV-110 was not issued. Someone—not the people in **(1)** or **(3)**—must personally "serve" a copy of this order to the person in **(2)**.

**(24)** ☑ **Criminal Protective Order**

a. ☐ Form CR-160, *Criminal Protective Order—Domestic Violence*, is in effect.

   Case Number: _____ County: _____ Expiration Date: _____

   *(If more orders, list them on extra sheet of paper and write, "DV-130, Other Criminal Protective Orders" as a title.)*

b. ☑ No information has been provided to the judge about a criminal protective order.

**This is a Court Order.**

0035

REDACTED

(25) ☐ **Attached pages are orders.**
- Number of pages attached to this six-page form: _____
- All of the attached pages are part of this order.
- Attachments include *(check all that apply)*:
  ☐ DV-140  ☐ DV-145  ☐ DV-150  ☐ FL-342  ☐ FL-343
  ☐ Other *(specify)*: _____

Date: 06-03-13 _____                    *B. Scott Silverman*

                                        *Judge (or ~~B. SCOTT SILVERMAN~~*

---

### Certificate of Compliance With VAWA

This restraining (protective) order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. **This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.**

---

### Warnings and Notices to the Restrained Person in ②

**If you do not obey this order, you can be arrested and charged with a crime.**
- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

**You cannot have guns, firearms, and/or ammunition.**



You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect.

---

### Instructions for Law Enforcement

**Start Date and End Date of Orders**

The orders *start* on the earlier of the following dates:
- The hearing date in item ⑤(a) on page 2 or
- The date next to the judge's signature on this page.

The orders *end* on the expiration date in item ④ on page 1. If no date is listed, they end three years from the hearing date.

---

### This is a Court Order.



0036



## Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

## Notice/Proof of Service

Law enforcement must first determine if the restrained person had notice of the orders. If notice cannot be verified, the restrained person must be advised of the terms of the orders, If the restrained person then fails to obey the orders, the officer must enforce them. (Family Code, § 6383.)

Consider the restrained person "served" (noticed) if:
- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer. (Fam. Code, § 6383; Pen. Code, § 836(c)(2).) An officer can obtain information about the contents of the order in the Domestic Violence Restraining Orders System (DVROS). (Fam. Code, § 6381(b)(c).)

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, §13710(b).)

## Child Custody and Visitation

- The custody and visitation orders are on Form DV-140, items ③ and ④. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.
- **Forms DV-100 and DV-105 are not orders. Do not enforce them.**

## Enforcing the Restraining Order in California

Any law enforcement officer in California who receives, sees, or verifies the orders on a paper copy, the California Law Enforcement Telecommunications System (CLETS), or in an NCIC Protection Order File must enforce the orders.

## Conflicting Orders

A protective order issued in a criminal case on Form CR-160 takes precedence in enforcement over any conflicting civil court order. (Pen. Code, § 136.2(e)(2).) Any nonconflicting terms of the civil restraining order remain in full force. An emergency protective order (Form EPO-001) that is in effect between the same parties and is more restrictive than other restraining orders takes precedence over all other restraining orders. (Pen. Code, § 136.2.)

---

*(Clerk will fill out this part.)*

### —Clerk's Certificate—



*Clerk's Certificate*
*[seal]*

I certify that this *Restraining Order After Hearing (Order of Protection)* is a true and correct copy of the original on file in the court.

Date: JUN 0 3 2013 Clerk, by _E. Daugherty_____ , Deputy

**This is a Court Order.**

Revised January 1, 2012

### Restraining Order After Hearing (CLETS-OAH)
### (Order of Protection)
### (Domestic Violence Prevention)

DV-130, Page 6 of 6

06/12/13 WED 15:55   FAX 540 375 6411 GREENWAY AND ASSOC                    ☒001/002

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| | |

TELEPHONE NO.:                     FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
    STREET ADDRESS:
    MAILING ADDRESS:
    CITY AND ZIP CODE:
    BRANCH NAME:

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

CASE NUMBER:

**PROOF OF SERVICE—CIVIL**
**Check method of service** *(only one):*

- [X] **By Personal Service**
- [ ] **By Mail**
- [ ] **By Overnight Delivery**
- [ ] **By Messenger Service**
- [ ] **By Fax**
- [ ] **By Electronic Service**

JUDGE:

DEPT.:

*(Do not use this proof of service to show service of a Summons and complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My residence or business address is:
   *316 Washington Ave*
   *Vinton, VA 24179*

3. [ ] The fax number or electronic service address from which I served the documents is *(complete if service was by fax or electronic service):*

4. On *(date):* 6-12-13 @ 7:50 pm.   I served the following **documents** *(specify):*
   *Restraining Order*

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: *David K. Elam II*
   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served: REDACTED

   c. [ ] *(Complete if service was by fax or electronic service.)*
      (1) Fax number or electronic service address where person was served:

      (2) Time of service: ~~7:50 pm~~

   [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service–Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. [X] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. July 1, 2011]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1010.6, 1011, 1013, 1013a, 2015.5, Cal. Rules of Court, rules 2.260, 2.306
*www.courts.ca.gov*

0038

06/12/13 WED 15:55   FAX 540 375 6411 GREENWAY AND ASSOC                     ☑002/002

| CASE NAME: | CASE NUMBER: | **POS-040** |
|---|---|---|

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

  f. ☐ **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed in item 5.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_JAmes m Greenway_
(TYPE OR PRINT NAME OF DECLARANT)

▶ _/s/ James Greenway_
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☒ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _6-10-13_

_JAmes m GReenway_
(NAME OF DECLARANT)

▶ _/s/ James M Greenway_
(SIGNATURE OF DECLARANT)

POS-040 [Rev. July 1, 2011]          **PROOF OF SERVICE—CIVIL**
(Proof of Service)

0039

# EXHIBIT C

| From: | cacd_ecfmail@cacd.uscourts.gov |
|---|---|
| To: | ecfnef@cacd.uscourts.gov |
| Subject: | Activity in Case 2:14-cv-09788-PSG-SS Jane Doe v. David K. Elam II Clerks Entry of Default (CV-37) - optional html form |
| Date: | Friday, January 19, 2018 1:57:53 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/19/2018 at 1:56 PM PST and filed on 12/19/17

**Case Name:**       Jane Doe v. David K. Elam II

**Case Number:**     2:14-cv-09788-PSG-SS

**Filer:**           David Kevin Elam, II

**Document Number:** 135

**Docket Text:**
**DEFAULT BY CLERK F.R.Civ.P.55(a) as to David Kevin Elam, II (bm)**


**2:14-cv-09788-PSG-SS Notice has been electronically mailed to:**

Peter E Soskin       peter.soskin@klgates.com

Samira F Torshizi       samira.torshizi@klgates.com

Seth A Gold       seth.gold@klgates.com, klgateseservice@klgates.com


**2:14-cv-09788-PSG-SS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
David Kevin Elam
1519 16th Street, Apt. 14
Philadelphia PA 19121-4242
US

0040