**REDACTED**

1  Seth Gold (SBN 163220)
   seth.gold@klgates.com
2  Samira Torshizi (SBN 296589)
   samira.torshizi@klgates.com
3  Jonathan Kintzele (SBN 316482)
   jonathan.kintzele@klgates.com
4  K&L Gates LLP
   10100 Santa Monica Blvd., 8th Flr.
5  Los Angeles, CA 90067
   T: (310) 552-5000
6  F: (310) 552-5001

7

8  Peter Soskin (SBN 280347)
   peter.soskin@klgates.com
9  K&L Gates LLP
   4 Embarcadero Center Ste. 1200
10 San Francisco, CA 94111
   T: (415) 882-8200
11 F: (415) 882-8220

12 Attorneys for Plaintiff Jane Doe

13

14

15           **UNITED STATES DISTRICT COURT**

16           **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| Jane Doe | **UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |
| Plaintiff, | |
| vs. | **Case No. CV 14-9788 PSG (SS)** |
| David K. Elam II, | **DECLARATION OF PLAINTIFF JANE DOE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | |
| | Date: April 16, 2018 Time: 1:30 p.m. Place: 350 West 1st St., Ctrm. 6A |
| | [Assigned to the Honorable Philip S. Gutierrez] |

27

28

---

**REDACTED**

**DECLARATION OF** ▓▓▓▓▓▓

I, ▓▓▓▓▓▓, declare as follows:

1. I am a competent adult. The facts stated herein are of my personal knowledge and, if called as a witness herein, I could and would testify competently to the same.

2. I am submitting this declaration in support of my Motion for Default Judgment.

3. In fall of 2012, I met Defendant David K. Elam, II ("David") through the dating website, OkCupid.com. Our OkCupid profiles indicated we were both located in Santa Monica, California.

4. At the time I met David, I was living in Southern California and in my first year of ▓▓▓▓▓▓ at ▓▓▓▓▓▓

5. Based on my discussions with David, I understood that he lived in Southern California when we first met.

6. By or about winter 2012, I communicated with David on a nearly daily basis via telephone or text message. Around this time David told me he was traveling to visit his family in Atlanta, Georgia for the holidays.

7. In or about January 2013, via text message, David told me he would not be returning to California because he was moving to Salem, Virginia to work for his family's real estate company managing residential properties.

8. Despite the long distance, our romantic relationship continued to develop. At some point in the winter of 2013, our communications grew such that we were in contact multiple times each day, recounting our day to day interactions and sharing intimate details of our lives.

9. David had represented to me that he had graduated from Harvard University with a Bachelors Degree in 2010, the same year that I had graduated

1

**REDACTED**

1  from the ▇▇▇▇▇▇▇▇▇▇. He grew up with one of my classmates from

2  the ▇▇▇▇▇▇▇▇ which bolstered my trust in David.

3       10.    In approximately mid-January 2013, David and I began trading photos

4  of each other via text message. This was used as a substitute for the face to face

5  interaction that couples living in the same city enjoy. We regularly spoke via

6  internet video using Skype, which allowed us to interact in real time through the

7  computer screen.

8       11.    On February 12, 2013, David flew out to Los Angeles to come visit me

9  for the week of ▇▇▇▇▇ After repeatedly promising that he would visit, I finally

10  booked and paid for David's round trip flights. We spent that week together and

11  engaged in sexual intercourse for the first time.

12       12.    As my relationship with David grew, I felt an increase in my ability to

13  trust him and so I began to share with him sexually explicit images of myself for the

14  purpose of fostering intimacy given our long-distance status. David frequently

15  shared similarly sexually explicit images of himself with me via text message (as

16  discussed herein, reference to any photos or videos I sent David may be referred to

17  individually or collectively as the "Media").

18       13.    Between February 2013 and May 2013, there were times during which

19  David would not speak with me unless I sent him intimate images of my body. I

20  initially refused to include my face in these photos, but David would make

21  comments about being offended that I did not trust him enough to include my face.

22  In response and in an effort to prove my trust in David, I gradually began sharing

23  sexually explicit images of my body containing my face and other identifying

24  details.

25       14.    In or about March 2013, I created a sexually explicit video of myself

26  for David's eyes only. After I sent it to David via text message, I reiterated that this

27  and the other images were not to be shared with anyone else.  I never gave to anyone

28

2

**REDACTED**

1   other than David, or otherwise showed or publicized, the photographs that I sent to

2   David.  The only exception to this is when I gave information to the FBI and my

3   lawyers.

4        15.   David and I also regularly discussed plans for me to visit him in

5   Virginia once my [REDACTED] semester was over. We had agreed that since I had

6   purchased his ticket to visit me in Los Angeles, he would pay for me to see him in

7   Virginia. Every time I brought this up, David made an excuse and changed the topic.

8        16.   By around April, 2013, I grew increasingly frustrated with David's

9   failure to plan for me to visit him as well as his refusal to refer to me as his

10  girlfriend. When I brought these frustrations up to David, he dismissed them, and

11  instead turned the conversation around and implied I was seeing other men. Despite

12  my continued (truthful) reassurances to David that I was not interested in any other

13  men and was not seeing anyone other than him, his accusations only grew.

14       17.   At some point in or about late April 2013 which was the end of the

15  second semester of my first year of [REDACTED] but before finals, David and I

16  resumed our discussions about his failure to make plans for me to visit him and to

17  get more serious about our relationship.  He responded that it was clear that he could

18  not give me what I wanted and that our relationship was over. I was shocked and

19  emphasized this was not my choice, and he was the one deciding to end the

20  relationship.

21       18.   A day or so after that text message exchange, David and I spoke on the

22  phone and he again accused me of "cheating" on him, or being sexually intimate,

23  with other men. I repeated my prior denials that this was untrue—which is a fact—

24  but he was relentless. I began to feel like he was spying on me because he was so

25  adamant he knew what I was doing. When I asked if he was spying on me through

26  my cell phone, he implied that he had such capabilities but was vague. When I

27

28

---

3

**REDACTED**

1  questioned his version of the facts or other representations he was making, he

2  became upset and hung up on me.

3        19.    During my ████████ finals, on or about May 7 or 8, 2013, David and

4  I exchanged several text messages, and later that night, at about 2:30 a.m. EST,

5  David called me and began to berate me over the phone.  David's aggressive

6  behavior worried me, so I decided to record the conversation. During that

7  conversation, David told me that after he was done with me I would be lucky to

8  make it through ████████ without killing myself.  Among other things said during

9  that call, David said the following:

10          "Fuck you . . . I mean like, fuck this whatever . . . you're done

11          you're ruined cause I will see to it after this . . . fuckin . . . I'll

12          put it this way, fuckin . . . it would take an act of God for you to

13          ████████  It would take an act of God for you to make it

14          through ████████ without killing yourself after what I do to

15          you."

16  David knew that my brother committed suicide and that I have struggled with

17  depression because of it; in particular, I had shared with David the level of trauma I

18  continue to endure even ten years later. I believe David intended this language to

19  harm me that much more.  A true and correct copy of the recording of telephone

20  conversation between David Elam and me made on the night of May 7 or 8, 2013, is

21  attached hereto as **Exhibit 1**.  The relevant statement begins at 30:17 of the

22  recording and ends at 30:29.

23        20.    On or about May 8, 2013, Defendant sent me a series of text messages

24  which stated as follows:

25          "That awkward moment when errbody (sic) seent (sic) what I
        seent (sic)…

26          "Hopefully ogurl (sic) can flip a burger or two."

27          "I'm an asshole.  Sucks for you."

28

4

**REDACTED**

[Image of Plaintiff in her underwear]

A true and correct copy of a screenshot of these text messages which were originally attached to my declaration in support of my Application for a Temporary Retraining Order, is attached hereto as **Exhibit 2**.

21.     At about 8:00 a.m. on the morning after the late night phone call with David, I received a text message on my personal phone from a man accompanied by a photograph of him.  He said he had been talking to me on OKCupid, and throughout that day and the next I received numerous similar messages.  I learned that these individuals were given my personal information through communications on an OKCupid profile.  I viewed the OKCupid profile from which these individuals were receiving messages and saw that someone had made an OKCupid profile using my likeness, my information, and some of the photographs I sent to David (the "OKCupid Profile").  That profile had some of the explicit photos I sent David.  A true and correct copy of screenshots that I took of the OKCupid Profile and images contained therein is attached hereto as **Exhibit 3 --** all the pictures on this screen shot are the photographs I gave to David and no one (except my lawyers and the FBI, after the fact).  A true and correct copy of screenshots that I took of some, but not all, of the text messages to my personal phone I received from individuals who thought they were communicating with me through the OKCupid Profile are attached hereto as **Exhibit 4**.

22.     I never consented to David impersonating me on OKCupid or any other website.

23.     On or about May 9 or 10, 2013, I received a text message from someone named Victor using the pornography website xHamster.com which lead me to believe that images or videos of me were posted on that website.  A true and correct copy of the messages I received from a person using the xHamster website is attached hereto as **Exhibit 5**.

5

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

24.     Because I was receiving messages from strangers who knew my personal contact information, I was scared for my life.  On the evening of May 9, 2013, I spent the night sitting against my sofa facing my front door in fear that one of these men may try to attack me at home.

25.     As I noticed that certain of my pictures and videos were being uploaded by David, I tried to keep up with it, as described above.  One of the things I would do in order to make a record of what David was doing to me was to take a screen shot of the various profiles, emails, text messages, and webpages where I saw photographs or videos of me.  Unless otherwise identified in this declaration, all screenshots that are used as exhibits hereto were made by me after I viewed the content on the internet.

26.     On May 10, 2013, my suspicions were confirmed when my professor, _____, informed me that a classmate named _____ had apparently received emails which were in the name of _____ the former dean of my _____ with links to explicit videos of me.  _____ forwarded those emails to school administrators who informed Professor _____.  The administrators then forwarded those emails to me and _____.  I then clicked the link in the email and viewed the explicit video that had now likely been seen by at least one classmate and school administrator.  This was the first time I learned that explicit videos of me had been made public.  A true and correct copy of a screenshot of the forwarded email that _____ received and sent to school administrators is attached hereto as **Exhibit 6**.

27.     My mother informed me that on May 11, 2013, she received an email indicating that it had been sent by _____ which included a link to one of the explicit videos and a statement instructing my mother to "have a serious conversation with [me] about what [I] put on the internet" (the _____ Email").  I asked _____ via text message if he sent that email.  He told me he did not.  A true and correct copy of a

6

**REDACTED**

1 screenshot of the email I received from my mother forwarding the ▮▮▮▮ Email to me

2 is attached hereto as **Exhibit 7**.

3       28.    On Mothers' Day, May 12, 2013, I specifically chose not to drive from

4 my school to see my mother and grandparents because I was so afraid that if I saw

5 them, I would start crying and they would all find out what David was doing to me.

6 Later that day, my mother informed me that David called her that day and admitted

7 to putting my images and videos online along with my personal contact information.

8 He also told her that he would remove the material from those websites. I began to

9 feel a sense of relief that this may be all over, but I later learned that he did not take

10 them down and ultimately more were uploaded.

11       29.    In the several days following our May 7 or 8 phone conversation, I did

12 not respond to David's texts because I was simply too afraid about what David

13 might do. I called his mother to try to get her to ask him to stop. She dismissed my

14 concerns and deferred to David because according to her, he was an "adult."

15       30.    On May 13, 2013, I applied for and was granted a Temporary

16 Restraining Order ("TRO") which ordered David as follows: "Do not create an

17 online profile using Petitioner's photograph and/or contact information and take

18 down and delete any such profile you have already created. This includes any and

19 all videos of Petitioner." A true and correct copy of the TRO is attached here as

20 **Exhibit 8**.

21       31.    On May 14. 2013, David admitted to me via telephone that he uploaded

22 the Media online and identified the following websites as those to which he

23 uploaded the Media: Tube8.com; xHamster.com; and HardSexTube.com. During

24 this phone call, David promised he would take down the videos but he never did.

25       32.    I missed work on June 3, 2013 in order to attend the hearing on my

26 request for a Restraining Order which prohibited David from contacting me. After

27

28

7

**REDACTED**

1  that hearing, the Court granted the restraining order, (called an Order of Protection).

2  A true and correct copy of the Order of Protection is attached here to as **Exhibit 9**.

3       33.    On June 7, 2013, I ran a Google search of my name ▓▓▓▓▓

4  ▓▓▓▓," to see whether there had been any activity.  I found a profile on the porn

5  website xHamster.com under the username "▓▓▓▓▓"  (the "xHamster Profile").

6  The site indicated that the username had been created a month earlier.  The profile

7  contained the videos and indicated that the videos were uploaded two days earlier.

8  It also contained images of my friends and family.  The profile also contained a link

9  encouraging members to "tweet me!" with my real Twitter username, as well as

10 referring members to my social media profiles.  A true and correct copy of

11 screenshots of the xHamster Profile, and of the Media uploaded thereto are attached

12 hereto as **Exhibit 10**.

13      34.    The xHamster profile also contained a link to a YouTube video for the

14 artist Jay-Z called "People Talkin'," which was available at one time at:

15 https://www.youtube.com/watch?v=k8z5ZdMHNwo. Because the restraining order

16 prohibited David from contacting me, I believed (and still believe) that David

17 uploaded this video as a message and a threat to me.  When I watched the video and

18 read the lyrics to the song, I was terrified.  An example of the lyrics are as follows:

19          **"**Your kind is hard to find Darling, I'm glad you're mine... I

20          refuse to lose… The minute you switch up your face I pick up

21          the pace… Are yall even getting this message?  I ain't being

22          aggressive But if you testing my life then, shit I gotta answer …

23          Don't you know … when you're defeated Won't you throw?

24          Throw in the towel… Come and take my life, you comin wit

25          me Come and try to take me for granted and I'll take you off

26          this planet."

27

28

8

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

1  Reading this made me scared of what David would do next.  A screenshot of the

2  YouTube page with this video is attached hereto as **Exhibit 11**, a screenshot of the

3  webpage with the lyrics to "People Talkin'," is attached hereto as **Exhibit 12.**

4        35.    In or about June, 2013, I was informed by someone in my extended

5  social network named _____, that a Facebook user using the name _____

6  was discussing the Media.  Joe sent me screenshots of the _____ Profile and the

7  communications therein.  Attached hereto as **Exhibits 13** is a true and correct copy

8  of the screenshots I received from _____ of the _____ Profile and messages

9  therefrom.

10        36.    On June 7, 2013, I learned that a user submitted a story on the website

11  TheDirty.com, and when I visited this website, I learned that it included my private

12  images.  True and correct copies of screenshots of the notification that someone had

13  posted on the Dirty and the Media uploaded thereto are attached hereto as **Exhibit**

14  **14** and **15** respectively.

15        37.    Throughout the spring and summer of 2013, I obsessively performed

16  Google searches, using my name as a search term to find the status of the images

17  online.  A true and correct copy of screenshots of Google searches I performed over

18  the spring and summer of 2013 is attached hereto as **Exhibit 16**.

19        38.    Over the spring and summer of 2013 I learned that profiles, certain

20  images and/or videos were uploaded to additional websites including, but not

21  limited to: www.tumblr.com; www.myex.com; and www.motherless.com;

22  www.ugotposted.com; www.hardsextube.com.  A true and correct copy of

23  screenshots of; www.tumblr.com; www.myex.com; www.motherless.com;

24  www.adultspace.com; www.ugotposted.com; and www.hardsextube.com,

25  containing profiles, my images and/or videos are attached here as **Exhibit  17**, **18**,

26  **19**, **20**, **21**, **22**, **23**, and **24**, respectively.

27

28

**REDACTED**

39.     After I first learned that David would be misusing my photographs and videos, I started to copyright them.

40.     Attached hereto as **Exhibit 25** is a true and correct copy of a copyright registration I obtained with an effective date of June 11, 2013, a deposit copy of which is located at my attorney's office.  This is the '596 registration.  I am the author of all the photographs included in this registration.

41.     Attached hereto as **Exhibit 26** is a true and correct copy of a copyright registration I obtained with an effective date of June 30, 2013, a deposit copy of which is located at my attorney's office.  This is the '755 registration.  I am the author of all the photographs included in this registration, except for one photograph for which I have an assignment.  However, this photograph is not at issue in this lawsuit.

42.     Attached hereto as **Exhibit 27** is a true and correct copy of a copyright registration I obtained with an effective date of June 12, 2013, a deposit copy of which is located at my attorney's office.  This is the '473 registration.  I am the author of all the photographs included in this registration.

43.     In order to keep track of all of the websites to which my images were posted I created an excel spreadsheet noting the website along with each of the images I had found therein in or about Fall 2013. A true and correct copy of the excel spreadsheet I made cataloguing the various images I found online after I registered these images is attached hereto as **Exhibit 28**.

44.     As a result of David's revenge porn campaign, I have endured significant emotional distress:

        a.  On the day of either the Los Angeles Marathon or the Santa Monica Marathon in the summer of 2013, I recall being in the fetal position on the floor of my apartment, unable to get up.  I had sunk into such a deep depression and

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

1  despair, and I recall thinking that I did not want to live, and wondered if I would end

2  up dying on the floor of my apartment.

3        b.  Even in the times that summer when I would feel remotely

4  capable of operating normally, I was always on edge because I thought people were

5  going to come rape me so I looked around non-stop. I was also ashamed and

6  mortified. I felt like my career goals were going to be gone. I had seen a therapist

7  and been on anti-depressants off and on the semester prior, but once this happened I

8  had to find a new psychiatrist (up to this point, I no longer needed to see my prior

9  therapist on a regular basis) and upped my medication to enable me to get out of

10 bed. I didn't leave my apartment for at least a week and was hesitant to order in food

11 out of fear that an attacker would get to me.

12       c.  I felt a lot of shame and felt that the drama surrounding this

13 campaign against me would prevent classmates from associating with me at

14 ████  I fell out of my friend group in ████  and the next 2 years of ████

15 were spent mostly avoiding any campus involvement.  Even now it upsets me that

16 this is what my ████ experience turned into. I see classmates going to each

17 other's weddings and other social events and wish I had a more tight knit community

18 in Los Angeles from ████; this experience destroyed all of that. I do not think

19 anyone wanted to strongly associate with the slutty girl with the naked pictures up

20 (and if they did, I'm sure my inability to focus on anything fun shut the door).

21       d.  When classes resumed in the fall of 2013, I spent most of my

22 class time trying to track down the images and videos that might be lingering on the

23 internet, I was in a continuous state of anxiety and constantly had to relive the

24 torture David forced me to endure as I catalogued each image I found on the

25 internet.  I do not think I was able to be mentally present in a single ████  I

26 took that semester.

27

28

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

1         e.  In the second semester of that year, I took an ▓▓▓▓▓▓

2  ▓▓▓ so that I would not have to spend my days in classes with people who I know

3  had seen me in my most vulnerable moments.  When I saw them in school I always

4  felt like they were gawking at me and I needed to escape.  My ▓▓▓▓▓ experience

5  was terrible, however, because I could not focus, and ultimately, I ended the

6  program a month early.

7         f.  I am less mortified now because of the passage of time, but I am

8  always fearful that the images and videos will resurface.  I regularly wonder if it will

9  compromise a future relationship. Perhaps I will be getting married and my fiancé

10  will learn that this happened and think I am a slut or feel like I gave too much of

11  myself to some other guy and it will disgust him, and he will end the relationship.

12         g.  I cannot seem to get through a single day without crying, and this

13  litigation has brought up painful memories that have resulted in me spending

14  weekends in bed, and being very unproductive at work.

15         h.  Throughout this experience, and even today when I think about

16  it, I feel nauseated.  I gained a significant amount of weight over 2013 as I dealt

17  with David's actions.  I lost self respect and ultimately made myself less attractive,

18  with the thought that I was helping myself avoid being raped if I was no longer

19  found attractive.

20         i.  As a result of David's revenge porn campaign, I had to move

21  apartments because David and his messages linked me to my previous home.  I also

22  adopted a dog so that I would feel safe while I was alone.

23         j.  I have tried to commit myself to depression rehabilitation centers

24  a couple times, but I realized I probably could not afford such a program and feared

25  that I would end up in a 72-hour mandatory psychiatric holding.  One specific

26  incident I recall occurred about one month after David began his revenge porn

27

28

12

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

1  campaign.  I was walking to the Santa Monica promenade and I fell to a bench

2  sobbing, and could not bring myself to stop crying for what felt like hours.

3             k.  Today, I do not know how to trust someone who might be a

4  romantic partner, and I do not know how to be in a healthy relationship.  I have tried

5  entering the dating life again, but, I always seem to find myself questioning my

6  dates' honesty, or worrying that they will find out about my dark secret (the

7  existence and past publication of the images and videos).  I ultimately end up feeling

8  like even if the person likes me initially, they will eventually leave me.  This

9  inability to form such relationships may be the most painful lingering effect of

10  David's actions.  I am constantly lonely, and want to be able to be in the healthy

11  relationships I see my friends enjoying.

12             l.  The result of the negative attention from those who viewed and

13  commented on my images has brought thoughts that my value exists only in my

14  sexuality.  It has also made me regularly question my self-worth.

15             m. David's revenge porn campaign severely negatively impacted

16  my _____ performance.  My grades during my _____ and ___ year were far

17  worse than my ___ year, and I believe this negatively affected my career prospects.

18  Moreover, these events prevented me from being an editor on the _____

19  _____  When I interviewed with the _____, they told me they were

20  concerned about my internet presence.

21             n.  Additionally, I believe that I did not pass the _____

22  ____ the first time I took the test because I was still dealing with lingering issues

23  stemming from these events.

24             o.  Furthermore, I was invited to interview for a _____

25  position with _____ in Century City.  I made it to the last round of

26  interviews, but then one of the Partners interviewing me let me know that they had

27  seen my internet search results.  I never heard back from this firm following that

28

13

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT Case No. CV 14-9788 PSG (SS)

**REDACTED**

1  interview.  I do not know whether this information impacted my chances of getting

2  the job, I lost confidence in my ability to pursue the kind of career I anticipated.

3

4      I declare under penalty of perjury under the laws of the State of California

5  that the foregoing is true and correct, and that this declaration was executed on

6  February 16 2018, in Los Angeles, California.

7

DECLARATION OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT Case No. CV 14-9788 PSG (SS)